```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 14010
   PETER JAROSZENKO
                                               CHAPTER 13

                                               JUDGE: BRUCE W BLACK

             Debtor
     SSN XXX-XX-7541


------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 08/03/07 .

     2.  The case was dismissed without confirmation, 11/09/2007.

     3.  The Debtor paid a total of $    600.00 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HOME LOAN SERVICES INC | CURRENT MORTG | .00 | .00 | .00 |
| HOME LOAN SERVICES INC | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| WILL COUNTY TREASURER | SECURED | NOT FILED | .00 | .00 |
| CREDIT UNION 1 | SECURED VEHIC | .00 | .00 | .00 |
| CREDIT UNION 1 | SECURED VEHIC | .00 | .00 | .00 |
| FORD MOTOR CREDIT CO | SECURED VEHIC | .00 | .00 | .00 |
| ASPEN MASTERCARD | UNSECURED | NOT FILED | .00 | .00 |
| COLUMBUS BANK & TRUST | UNSECURED | NOT FILED | .00 | .00 |
| CORTRUST BANK | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CROSS COUNTRY BANK | UNSECURED | NOT FILED | .00 | .00 |
| DONAT & DONAT PC | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| FIRST NATIONAL CREDIT CA | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| JC PENNEY CO | UNSECURED | NOT FILED | .00 | .00 |
| SHERMAN DODGE | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

    Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, ROBERT J SEMRAD & ASSOC         , was allowed $   3500.00 and was paid $     107.00   direct and $     573.00   through the plan.

The Trustee received $       27.00 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/11/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE